AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY LOUIS CALHOUN | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 1:11-CV-567 |
| v. | |
| COMMISSIONER BRIAN FISCHER,<br>SUPERINTENDENT DOWNSTATE,<br>SUPERINTENDENT COXSACKIE,<br>SUPERINTENDENT CLINTON,<br>SUPERINTENDENT AUBURN,<br>SUPERINTENDENT ELMIRA,<br>SUPERINTENDENT SOUTHPORT, | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the Amended Complaint is dismissed with prejudice; and FURTHER, that leave to appeal to the Court of Appeals as a poor person is denied.

Date: October 5, 2012                                                     MICHAEL J. ROEMER, CLERK


                                                                                       By: s/Colleen M. Demma
                                                                                              Deputy Clerk