# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY LOUIS CALHOUN | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:11-CV-567 |
| v. | |
| COMMISSIONER BRIAN FISCHER, SUPERINTENDENT DOWNSTATE, SUPERINTENDENT COXSACKIE, SUPERINTENDENT CLINTON, SUPERINTENDENT AUBURN, SUPERINTENDENT ELMIRA, SUPERINTENDENT SOUTHPORT, | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the Amended Complaint is dismissed with prejudice; and FURTHER, that leave to appeal to the Court of Appeals as a poor person is denied.

Date: October 5, 2012         MICHAEL J. ROEMER, CLERK

By: s/Colleen M. Demma
        Deputy Clerk